# Court of Appeals
# of the State of Georgia

ATLANTA, October 26, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0322. NYA HALL v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.**

Nya Hall filed suit against the Board of Regents of the University System of Georgia d/b/a Fort Valley State University, Fort Valley State University Campus Police Department, university police officer Wilbur Gene Bryant, and numerous other defendants, including FVSU Wildcats Commons III, LLC, and the University System of Georgia Foundation, Inc. In February 2021, Hall dismissed her claims against FVSU Wildcats Commons III, LLC and some of the other defendants. In September 2021, the trial court granted Bryant's motion to dismiss, and on November 8, 2021, the trial court granted a motion to dismiss filed by the Board of Regents and the University's Campus Police Department. Then, on July 25, 2023, Hall voluntarily dismissed her claims against the University System of Georgia Foundation, Inc. and the remaining defendants. On August 23, 2023, Hall filed a notice of appeal from the November 8, 2021 order. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Hall's notice of appeal, filed 21 months after the trial court's November 8, 2021 order, is untimely to that order. Moreover, at the time that order was entered, it did not constitute a final adjudication of the case, as Hall's claims remained pending against various other parties. See *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) ("In a case involving multiple parties or multiple claims, a decision adjudicating

fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment.") (punctuation omitted). Although the notice of appeal was filed within 30 days of Hall's August 23, 2023 voluntary dismissal, a voluntary dismissal is not a decision or judgment that may be appealed by a plaintiff. *Waye v. Continental Special Risks, Inc.*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007). And Hall cannot use her "own voluntary dismissal as the vehicle for appellate review of rulings entered by the trial court more than 30 days from the filing of the notice of appeal." Id. (citation and punctuation omitted).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   10/26/2023*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*